### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

MELODY WARREN                                                                                           PLAINTIFF

v.                                               No. 5:10CV00119 JLH

DOLGENCORP, INC., et al.                                                                            DEFENDANTS

### ORDER

Plaintiff moves to stay all proceedings pending a decision by the Multi-District Litigation Panel ("MDL Panel") on a motion to re-open, transfer and consolidate pretrial matters pursuant to 28 U.S.C. § 1407.  Defendants oppose the motion.

Plaintiff maintains that staying the case will serve judicial economy and efficiency.  In their response defendants cite to their brief in opposition to plaintiff's MDL motion.  They further argue that a stay will not promote efficiency because the action has been pending for years and has already been transferred once.  The only discovery remaining are depositions that will likely take place in Arkansas.  Additionally, defendants assert that this Court will decide all merits-related determinations.  They conclude that the delay is for delay's sake.

The Court has concluded that a stay will serve judicial economy and efficiency.  Plaintiff's motion to stay is GRANTED.  Document #18.

IT IS SO ORDERED this 28th day of May, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE